IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION and SIERRA CLUB,<br><br>          Plaintiffs,<br><br>     v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>          Defendants. | No. C 05-00094 CW<br><br>ORDER OF DISMISSAL |

     On October 31, 2005, the Court entered a Consent Decree in the above-captioned case.  Accordingly,

     IT IS HEREBY ORDERED that the above-captioned action is DISMISSED.  The Court shall retain jurisdiction to determine and effectuate compliance with the Consent Decree.  Upon EPA's demonstration that it has satisfied all of the obligations of the Consent Decree, it may move to have the Consent Decree terminated. Plaintiffs shall have twenty day in which to respond to such motion.


Dated: 11/2/05

                                   _____
                                   CLAUDIA WILKEN
                                   United States District Judge