UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | | |
|---|---|---|
| Our Children's Earth Foundation and Sierra Club, | ) ) ) | No.  C 05-00094 CW |
| Plaintiffs, | ) ) ) ) | [~~Proposed~~] Order Granting Stipulation to Extend Time to File Motion for Attorney Fees |
| v. | ) ) | |
| The United States Environmental Protection Agency, et al. | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

After considering the Stipulation of the parties, and all other matters presented to the Court,

PURSUANT TO STIPULATION IT IS SO ORDERED:

The time for Plaintiffs to file any motion for costs and attorneys' fees is extended thirty days, to December 15, 2005.

Dated:  11/8/05  _____

_____
The Honorable Claudia Wilken
United States District Judge



[Proposed] Order Granting Stipulation to Extend Time to File Motion for Attorneys' Fees
*Our Children's Earth and Sierra Club v. United States Environmental Protection Agency*, Case No. C 05-00094 CW