UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| Our Children's Earth Foundation and Sierra Club,<br><br>      Plaintiffs,<br><br>    v.<br><br>The United States Environmental Protection Agency, et al.<br><br>      Defendants.<br>_____ | No. C 05-00094 CW<br><br>[Proposed] Order Granting Second Stipulation to Extend Time to File Motion for Attorney Fees |

After considering the Stipulation of the parties, and all other matters presented to the Court,

PURSUANT TO STIPULATION IT IS SO ORDERED:

The time for Plaintiffs to file any motion for costs and attorneys' fees is extended thirty days, to January 13, 2006.

Dated: 12/15/05 _____

                _____
                The Honorable Claudia Wilken
                United States District Judge

*IT IS SO ORDERED — Judge Claudia Wilken, United States District Court, Northern District of California*

[Proposed] Granting Stipulation to Extend Time to File Motion for Attorneys' Fees
*Our Children's Earth and Sierra Club v. United States Environmental Protection Agency*, Case No. C 05-00094 CW